E-FILED
Monday, 29 November, 2004  03:16:18 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL JUDICIAL CIRCUIT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| - vs - ) | Case No. 04-CR-30058 |
| ) | |
| TIMOTHY M. BAKER, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR CONTINUANCE**

NOW COMES the Defendant, TIMOTHY M. BAKER, by and through his attorney, Scott A. Sabin, of the law firm of METNICK, CHERRY, FRAZIER & SABIN, L.L.P.,, and hereby requests this Honorable Court to continue the pretrial and trial in the above matter, and as grounds for said Motion states as follows:

1. That the above matter is scheduled for pretrial on December 3, 2004, at 9:00 a.m., and trial on December 6, 2004, at 9:00 a.m.

2. That the parties are still exchanging discovery in this case.

3. That no prior continuances have been sought in this case.

4. Counsel for Defendant has discussed with Assistant United States Attorney David Risley the issue of a continuance, and the Government has no objection.

5. That this continuance is not being sought for the purpose of delay but in the interest of justice.

WHEREFORE, the Defendant prays that this Honorable Court will continue the pretrial from December 3, 2004, at 9:00 a.m. and trial from December 6, 2004, at 9.00 a.m.

Respectfully submitted,

TIMOTHY M. BAKER, Defendant

By:_____/s/_____
        One of His Attorneys

Scott A. Sabin (6209921)
METNICK, CHERRY, FRAZIER & SABIN, L.L.P.
Attorneys at Law
Suite 200 Myers Building
P.O. Box 12140
Springfield, IL 62791
(217) 753-4242

CERTIFICATE OF SERVICE

    I hereby certify that on November 29, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David Risley

/s/ Scott A. Sabin