IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL JUDICIAL CIRCUIT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| - vs - ) | Case No. 04-CR-30058 |
| ) | |
| TIMOTHY M. BAKER, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR CONTINUANCE**

NOW COMES the Defendant, TIMOTHY M. BAKER, by and through his attorney, Scott A. Sabin, of the law firm of METNICK, CHERRY, FRAZIER & SABIN, L.L.P., and hereby requests this Honorable Court to continue the pretrial and trial in the above matter, and as grounds for said Motion states as follows:

1.   That the above matter is scheduled for sentencing on September 16, 2005, at 10:00 a.m.

2.   That one prior continuance has been sought in this case.

3.   Counsel for Defendant is requesting that the sentencing hearing be continued due to family health issues.

4.   Counsel for Defendant has discussed with Assistant United States Attorney David Risley's Office the issue of a continuance, and has been advised the Government has no objection.

5.   That this continuance is not being sought for the purpose of delay but in the interest of justice.

WHEREFORE, the Defendant prays that this Honorable Court will continue the sentencing hearing of September 16, 2005, at 10:00 a.m.

Respectfully submitted,

TIMOTHY M. BAKER, Defendant

By:    /s/ Scott A. Sabin
One of His Attorneys

Scott A. Sabin (6209921)
METNICK, CHERRY, FRAZIER & SABIN, L.L.P.
Attorneys at Law
Suite 200 Myers Building
P.O. Box 12140
Springfield, IL 62791
(217) 753-4242

CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David Risley

/s/ Scott A. Sabin