AO 245B    (Rev. 12/03) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

Central District of Illinois

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| TIMOTHY M. BAKER | Case Number: 04-30058-001 |
| | USM Number: 14400-026 |
| | Scott Sabin |
| | Defendant's Attorney |

**FILED**
OCT 18 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**THE DEFENDANT:**

☑ pleaded guilty to count(s)   1 and 5

☐ pleaded nolo contendere to count(s)
   which was accepted by the court.

☐ was found guilty on count(s)
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 USC §841(a)(1) and (b)(1)(B) | Manufacture of Methamphetamine | 9/8/2004 | 1 |
| 18 USC §924(c)(1)(A) | Carrying and Brandishing a Firearm in Relation to a Drug Trafficking Crime6 | 8/29/2004 | 5 |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☑ Count(s)   2, 3, 4, and 6   ☐ is   ☑ are   dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

10/14/2005
Date of Imposition of Judgment

s/Jeanne E Scott
Signature of Judge

JEANNE E. SCOTT,    U. S. District Judge
Name and Title of Judge

10-18-05
Date

A TRUE COPY
ATTEST.
JOHN M. WATERS, CLERK
BY: s/Christy Taylor
    DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE 10/18/05

AO 245B  (Rev. 12/03) Judgment in Criminal Case
         Sheet 2 — Imprisonment

Judgment — Page 2 of 6

DEFENDANT: TIMOTHY M. BAKER
CASE NUMBER: 04-30058-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

164 months. This term consists of 80 months on count 1 and 84 months on count 5 to run consecutively.

☑ The court makes the following recommendations to the Bureau of Prisons:

That the defendant be placed in a facility with an Intensive Drug Treatment Program.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before ____ p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 12-9-2005 to USP McCreary
at Pine Knot Ky , with a certified copy of this judgment.

D.L. Stine, Warden
UNITED STATES MARSHAL

By Sheila R. Mattingly BM
DEPUTY UNITED STATES MARSHAL